IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


EXPORT GLOBAL METALS, INC.,           3:13-CV-000747-HU

       Plaintiff,                    ORDER

v.

MEMKING RECYCLING GROUP, LLC.,
and COMPONENTS & MORE, INC.,

       Defendants.


**DONALD J. KOEHLER, II**
Cable Huston Benedict Haagensen & Lloyd, LLP
1001 SW 5th Avenue
Suite 2000
Portland, OR 97204-1136
(503) 224-3092

       Attorneys for Plaintiff


**MICHAEL J. MORRIS**
Bennett Hartman Morris & Kaplan, LLP
210 SW Morrison Street
Suite 500
Portland, OR 97204
(503) 227-4600

       Attorneys for Defendant


1 - ORDER

**BROWN, Judge.**

Magistrate Judge Dennis J. Hubel issued Findings and Recommendation (#25) on September 26, 2013, in which he recommends this Court deny Defendants Memking Recycling Group, LLC and Components & More, Inc.'s Motion (#14) to Dismiss. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#25). Accordingly, the Court **DENIES** Defendants Motion (#14) to Dismiss.

IT IS SO ORDERED.

DATED this 25th day of October, 2013.

_____
ANNA J. BROWN
United States District Judge

2 - ORDER